UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.

RICHIE CABIGTING

CASE NO. 3:12-cr-176-J-20MCR

### DEFENDANT'S UNOPPOSED MOTION FOR RETURN OF PASSPORT

NOW COMES the Defendant, RICHIE CABIGTING, by and through his undersigned attorney, and respectfully moves this Honorable Court to order the Clerk to return the Defendant's passport to Blair D. Schemer, counsel of record herein. In support thereof, counsel states that:

1. Defendant submitted his passport to the Court as a condition of the Order setting terms of his pretrial release (Doc 71, p.2 ).

2. Defendant has since entered a plea of guilty, received his sentence, and self-surrendered at his designated institution.

3. The undersigned has conferred with AUSA Julie Hackenberry, who has no objection to the instant request.

WHEREFORE, the Defendant respectfully requests this Honorable Court order the Clerk to return the Defendant's passport to Blair D. Schemer, counsel of record, for the reasons set forth hereinabove.

Respectfully submitted,

*s/ Blair D. Schemer*
Blair D. Schemer, Esquire
Florida Bar No.: 60598
Co-Counsel for Defendant
480 Busch Drive
Jacksonville, Florida 32218
(904) 751-6980
(904) 751-6983 - fax
**blair@bemardlaw.net**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April ____ ,2014, I electronically filed the foregoing with the Clerk of the Court by using CM/ECF system which will send a notice of electronic filing to the following: Julie Hackenberry, AUSA, 300 N. Hogan Street, Suite 700, Jacksonville, Florida 32202.

*s/ Blair D. Schemer*
Blair D. Schemer, Esquire
Florida Bar No.: 60598
Co-Counsel for Defendant
480 Busch Drive
Jacksonville, Florida 32218
(904) 751-6980
(904) 751-6983 - fax
**blair@bemardlaw.net**

2